**Frank HERRERA, Plaintiff–Appellant**

v.

**Greg ABBOTT, Texas State Attorney General; Texas State Board of Plumbing Examiners; City of San Antonio, Redevelopment Services; Florencio Moreno; Norma Moreno; Hilario Torres; Teresa Torres, Defendants–Appellees.**

No. 07–50688
Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 11, 2007.

Frank Herrera, Somerset, TX, pro se.

Before REAVLEY, BARKSDALE, and GARZA, Circuit Judges.

PER CURIAM: *

the limited circumstances set forth in 5TH CIR R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

Frank Herrera moves this court for leave to proceed in forma pauperis (IFP) on appeal from the underlying denial of his IFP motion based on the determination that his proposed 42 U.S.C. § 1983 complaint was time-barred and substantively without merit. By so moving, Herrera challenges the district court's certification that his appeal is not taken in good faith. *See Baugh v. Taylor,* 117 F.3d 197, 202 (5th Cir.1997).

Herrera's appellate IFP motion is restricted to the argument that he is entitled to proceed IFP because he is a pauper. He has waived any argument challenging the district court's certification that his appeal is not taken in good faith, as well as any challenge to the reasons for the district court's underlying denial of his initial IFP motion filed jointly with his proposed § 1983 complaint, by failing to brief them. *See Yohey v. Collins,* 985 F.2d 222, 224–25 (5th Cir.1993). He has thus abandoned the only grounds for appeal. *Id.* The appeal is wholly without arguable merit and is therefore dismissed as frivolous. *See Howard v. King,* 707 F.2d 215, 219–20 (5th Cir.1983); 5TH CIR. R. 42.2; *see also Baugh,* 117 F.3d at 202 n. 24. Herrera's IFP motion is denied, as is his motion for the appointment of counsel. The motion for the temporary reinstatement of his Texas master plumber's license is similarly denied.

MOTIONS DENIED; APPEAL DISMISSED.

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

\* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be

published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.